C. D. HAMNER, AS RECEIVER OF THE ISLAND CITY NATIONAL
BANK OF KEY WEST, FLORIDA, A CORPORATION ORGAN-
IZED UNDER THE NATIONAL BANKING LAWS OF THE
UNITED STATES OF AMERICA, *Appellant,* v. THE TROPI-
CAL BUILDING & INVESTMENT COMPANY, A CORPORATION,
ORGANIZED UNDER THE LAWS OF THE STATE OF FLORIDA,
RECENTLY DOING BUSINESS IN THE CITY OF KEY WEST,
FLORIDA, AND AGAINST SHIRLEY C. BOTT, AS RECEIVER
OF THE TROPICAL BUILDING & INVESTMENT COMPANY, A
CORPORATION ORGANIZED UNDER THE LAWS OF THE STATE
OF FLORIDA, AND AGAINST ERNEST R. KIRKLAND AND
AGAINST ADELE KIRKLAND, *Appellees.*

Decision Filed June 4, 1921.

An Appeal from the Circuit Court for Monroe County;
H. Pierre Branning, Judge.

*W. Hunt Harris,* for Appellant;

*Wm. H. Malone,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of
the decree aforesaid, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the court being now advised of its
judgment to be given in the premises, it seems to the
court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the court
that the said decree of the Circuit Court be, and the same
is hereby, affirmed.

All concur.